ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Rice Services, Inc. | ) ASBCA No. 64172 |
| | ) |
| Under Contract No. W911SD-22-C-0003 | ) |

APPEARANCES FOR THE APPELLANT:     Aron C. Beezley, Esq.
Owen E. Salyers, Esq.
  Bradley Arant Boult Cummings LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Dana J. Chase, Esq.
  Army Chief Trial Attorney
MAJ Jonathan S. Demille, JA
MAJ Joshua A. Reyes, JA
CPT Amber L. Bunch, JA
  Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 25, 2025

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64172, Appeal of Rice Services, Inc., rendered in conformance with the Board's Charter.

Dated:  August 25, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals